# Suffolk County Registry of Deeds

# Electronically Recorded Document

This is the first page of the document - Do not remove

---

## Recording Information

| | |
|---|---|
| Document Number | : 59702 |
| Document Type | : FDD |
| Recorded Date | : July 08, 2022 |
| Recorded Time | : 08:26:10 AM |
| Recorded Book and Page | : 67920 / 138 |
| Number of Pages(including cover sheet) | : 7 |
| Receipt Number | : 978483 |
| Recording Fee (including excise) | : $155.00 |

**************************************************
MASSACHUSETTS EXCISE TAX
Suffolk County District ROD # 001
Date: 07/08/2022 08:26 AM
Ctrl# Doc# 00059702
Fee: $.00 Cons: $.00
**************************************************

**Suffolk County Registry of Deeds**
**Stephen J. Murphy, Register**
**24 New Chardon Street**
**Boston, MA 02114**
**617-788-8575**
**Suffolkdeeds.com**

6

Bk 40667 Pg383 #60371
07-07-2022 @ 09:58a

**Property Address:**

47 Old Harbor Street, South Boston, Massachusetts
283 West Fifth Street, South Boston, Massachusetts
15 Simms Court, Newton, Massachusetts
193 Randolph Street, Weymouth, Massachusetts

MASSACHUSETTS STATE EXCISE TAX
Norfolk Registry of Deeds
Date: 07-07-2022 @ 09:58am
Ctl#: 153 Doc#: 60371
Fee: $5,244.00 Cons: $1,150,000.00

**Grantee's Address:**

78 Spring Street
Medford, Massachusetts 02155

RECEIVED AND RECORDED
NORFOLK COUNTY
REGISTRY OF DEEDS
DEDHAM, MA

CERTIFY
William P. O'Donnell
WILLIAM P. O'DONNELL, REGISTER

## FORECLOSURE DEED

Synergy Funding LLC, having an office at Ten Post Office Square, 14th Floor, Boston, Massachusetts 02109, holder of the certain Mortgage, Security Agreement and Financing Statement (the "Mortgage") dated October 9, 2018, granted by Gabhaltais Teaghlaigh LLC to Synergy Funding LLC, recorded with the Suffolk County Registry of Deeds in Book 60277, Page 99, the Middlesex (South) County Registry of Deeds in Book 71737, Page 36, and the Norfolk County Registry of Deed in Book 36359, Page 86, by the power conferred by said Mortgage and every other power, for One Million One Hundred Fifty Thousand Dollars ($1,150,000.00) paid, grants to OHP, LLC, a Massachusetts limited liability company, 47 Old Harbor Street, South Boston, Massachusetts, 283 West Fifth Street, South Boston, Massachusetts 15 Simms Court, Newton, Massachusetts, and 193 Randolph Street, Weymouth, Massachusetts, more particularly described on the attached Exhibit A, the same being a portion of the premises conveyed by said Mortgage.

Executed under seal this 30th day of June, 2022.

SYNERGY FUNDING LLC

By: [signature]
Name: Mark Bresnahan
Title: Senior Vice President

15138771.1

6

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

On this 30th day of June, 2022, before me, the undersigned notary public, personally appeared Mark Bresnahan, as Senior Vice President of Synergy Funding LLC, proved to me through satisfactory evidence of identification, which was a Massachusetts driver's license, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it as such Senior Vice President, voluntarily for its stated purpose, and that the foregoing instrument was signed as the free act and deed of Synergy Funding LLC.

Notary Public
My Commission Expires:

CHRISTOPHER J. CURRIER
MY COMM. EXPIRES NOVEMBER 11, 2022
NOTARY PUBLIC COMMONWEALTH OF MASSACHUSETTS

# AFFIDAVIT

I, Mark Bresnahan, Senior Vice President of Synergy Funding LLC (the "Lender"), named in the foregoing foreclosure deed, make oath and say that the principal and interest obligations mentioned in the mortgage dated October 9, 2018, granted by Gabhaltais Teaghlaigh LLC to the Lender, recorded with the Suffolk County Registry of Deeds in Book 60277, Page 99, the Middlesex (South) County Registry of Deeds in Book 71737, Page 36, and the Norfolk County Registry of Deed in Book 36359, Page 86, were not paid or tendered or performed when due or prior to the sale, and the Lender caused to be published on the May 20th, May 27th, and June 3rd, 2022, in The Boston Herald, a newspaper published in Boston, Newton and Weymouth, Massachusetts and having a general circulation therein, a notice, a true copy of which is attached hereto as Exhibit A.

I also certify that notice to the owners of record of the equity of redemption and to persons holding an interest in 47 Old Harbor Street, South Boston, Massachusetts, 283 West Fifth Street, South Boston, Massachusetts, 15 Simms Court, Newton, Massachusetts, and 193 Randolph Street, Weymouth, Massachusetts, junior to said Mortgage was mailed, by certified mail, return receipt requested, in accordance with Massachusetts General Laws Chapter 244, Section 14, as amended, and that all other requirements of said statute were satisfied.

Pursuant to said notice and at the time and place stated in said notice, Synergy Funding LLC sold a portion of the mortgaged premises (the "Premises") being the premises numbered 47 Old Harbor Street, South Boston, Massachusetts, 283 West Fifth Street, South Boston, Massachusetts, 15 Simms Court, Newton, Massachusetts, and 193 Randolph Street, Weymouth, Massachusetts, at public auction by Paul E. Saperstein Co., Inc., a duly licensed auctioneer, to Ramanvir Saini, for One Million One Hundred Fifty Thousand Dollars ($1,150,000.00) bid by said Ramanvir Saini, being the highest bid made for the Premises at said auction. Ramanvir Saini assigned his bid to OHP, LLC, a Massachusetts limited liability company pursuant to an Assignment of Bid for Value dated June 22, 2022, recorded herewith.

SYNERGY FUNDING LLC

By: ______________________

Name: Mark Bresnahan
Title: Senior Vice President

**COMMONWEALTH OF MASSACHUSETTS**

Suffolk, ss.

On this 30th day of June, 2022, before me, the undersigned notary public, personally appeared Mark Bresnahan, as Senior Vice President of Synergy Funding LLC and proved to me through satisfactory evidence of identification, which was a driver's license, to be the person whose name is signed on the preceding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief, as Senior Vice President of Synergy Funding LLC.

Notary Public
My Commission Expires:

CHRISTOPHER J. CURRIER
MY COMM. EXPIRES NOVEMBER 17, 2022
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS

# EXHIBIT A

## MORTGAGEE'S SALE OF REAL ESTATE

By virtue and in execution of the Power of Sale contained in a certain mortgage (the "Mortgage") given by Gabhaltais Teaghlaigh LLC, dated October 9, 2018 and recorded with the Suffolk County Registry of Deeds in Book 60277, Page 90, the Middlesex (South) County Registry of Deeds in Book 71737, Page 36, and the Norfolk County Registry of Deed in Book 36359, Page 86 of which Mortgage the undersigned is the present holder, for breach of the conditions of the Mortgage and for the purpose of foreclosing the same, there will be sold at Public Auction at 11:00 a.m. on the 15th day of June, 2022, at the mortgaged premises located at 47 Old Harbor Street, Boston, Massachusetts, four (4) parcels of the Premises described in the Mortgage. The Premises described in the Mortgage are,

To wit:
""Premises" shall mean collectively: the fee simple estate in the real property collectively known as and numbered: land (the "Land") located at: 47 Old Harbor Street, 6 and 6 1/2 D Street, 263 West 5th Street, 398 West Broadway and 249 Dorchester Avenue, South Boston, Suffolk County, Massachusetts and 15 Simms Court, Newton, Middlesex County, Massachusetts and 193 Randolph Street, Weymouth, Norfolk County, Massachusetts, as more particularly described on Exhibit A attached hereto, together with a fee simple interest in all buildings, structures and improvements ("Improvements") now or hereafter thereon, together with all appurtenances thereof and interests therein now or hereafter owned by the Borrower, including the Borrower's rights in all fixtures now or hereafter attached to, located on or used in connection with the Improvements, and all leases, occupancy agreements, and rents and profits thereof;

Exhibit A to the Mortgage reads as follows:

47 Old Harbor Street, South Boston, MA – Recorded Land (Suffolk County)

A certain parcel of land with all buildings and structures now or hereafter standing or placed thereon situated in that part of Boston, called South Boston in the County of Suffolk, in the Commonwealth of Massachusetts bounded and described as follows: Beginning at a point on the westerly side of Old Harbor Street, distant sixty-seven (67) feet northerly from Telegraph Street, and from said point running northerly on said Old Harbor Street twenty-three (23) feet; thence turning at right angles and running westerly fifty (50) feet; thence turning at right angles and running southerly, twenty-three (23) feet; and then turning and running easterly fifty (50) feet to the point of beginning.

For title see the deed dated July 10, 2017 and recorded in the Suffolk County Registry of Deeds in Book 58206, Page 295.

263 West Fifth Street, South Boston, MA – Recorded Land (Suffolk County)

The land in that part of Boston called South Boston and being shown as Lot 263 on a plan by Fuller and Whitney dated March 3, 1873 and recorded with Suffolk Deeds, Book 1148, Page 154, bounded:

| | |
|---|---|
| NORTHEASTERLY | on or by Fifth Street, there measuring fifteen and 58/100 (15.58) feet; |
| SOUTHEASTERLY | by land of unknown owners by a line running along the face of the brick wall and extended sixty-six and 72/100 (66.72) feet; |
| SOUTHWESTERLY | on land now or formerly of Robbins fifteen and 68/100 (15.68) feet; |
| NORTHWESTERLY | on Lot 261 on said plan by a line running through the center of the brick party wall and extended sixty-six and 68/100 (66.68) feet. |

Containing 1,043 square feet of land more or less.

For title see the deed dated July 10, 2017 and recorded in the Suffolk County Registry Deeds in Book 58206, Page 305.

398 West Broadway, Boston, MA – Recorded Land (Suffolk County)

the land with the buildings thereon situated on West Broadway in that part of Boston called South Boston, said buildings being numbered 398 in the present numbering of said West Broadway, bounded and described as follows:

| | |
|---|---|
| SOUTHWESTERLY | by said West Broadway, about twenty-five, eleven inches (25'11"); |
| NORTHWESTERLY | by land now or late of Kirland, by a line running through the middle of the partition wall, ninety-five feet, six inches (95' 6"); |
| NORTHEASTERLY | by land now or formerly of Clark, about twenty-five feet, eleven inches (25' 11"); |
| SOUTHEASTERLY | by land now or formerly of Tudor, about ninety-five feet six inches (95' 6"). |

Be any and all said measurements more or less, or however otherwise said premises may be bounded, measured or described.

For title see the deed dated July 10, 2017 and recorded in the Suffolk County Registry of Deeds in Book 58206, Page 307.

6 and 6 ½ D Street, Boston, MA – Recorded Land (Suffolk County)

The land with the buildings thereon situated in that part of Boston called South Boston, known and numbered 6 and 6 ½ "D" Street as shown on "Subdivision Plan of Land, Boston, Mass. (South Boston District)" dated January 12, 1995, by Baiko and Benkart, Surveyors, bounded and described as follows:

| | |
|---|---|
| WESTERLY | by "D" Street, twenty-nine and 92/100 (29.92) feet; |
| NORTHERLY | by land now or formerly of Peter and Ethel F. Finnegan, according to said plan, fifty-four (54) feet; |
| EASTERLY | by land now or formerly of Texaco, Inc., according to said plan, twenty-nine and 92/100 (29.92) feet; and |
| SOUTHERLY | by Lot 8, in part through a brick partition wall, according to said plan, fifty-four (54) feet. |

For title see the deed dated July 10, 2017 and recorded in the Suffolk County Registry of Deeds in Book 58206, Page 301.

249 Dorchester Street, South Boston, MA – Recorded Land (Suffolk County)

The land with the buildings thereon, situated in that part of said Boston, called South Boston, bounded and described as follows:

| | |
|---|---|
| SOUTHEASTERLY | On Dorchester Street, as relocated and widened by Resolve and Order of the Board of Street Commissioners of the City of Boston passed July 29, 1903, thirty-seven and 74/100 (37.74) feet; |
| SOUTHWESTERLY | By land formerly of Thompson, later of Nolan, fifteen and 31/100 (15.31) feet; |
| NORTHWESTERLY | By land now or formerly of DeBock, thirty-seven and 31/100 (37.31) feet; and |

15 Simms Court, Newton, MA – Recorded Land (Middlesex County)

A certain parcel of land with the buildings thereon situated in that part of Newton, Massachusetts called West Newton, being now numbered 15 Simms Court, bounded:

| | |
|---|---|
| WESTERLY: | by Simms Court fifty (50) feet; |
| NORTHERLY: | by land now or formerly of Haywood, eighty (80) feet; |
| EASTERLY: | by land now or formerly of Zeller, fifty (50) feet; |
| SOUTHERLY: | by land now or formerly of Healey, eighty (80) feet. |

Said land is subject to and with the benefit of rights of way of record.

For title see the deed dated July 10, 2017 recorded in the Middlesex (South) County Registry of Deeds in Book 69580, Page 417.

193 Randolph Street, Weymouth, MA – Recorded Land (Norfolk County)

All that certain parcel of land situated in the Township of Weymouth, Norfolk County, Commonwealth of Massachusetts, being known and designated as Lot 4, compiled plan of land on Randolph Street, Weymouth, March 11, 1959, Plan No. 376 of 1959, filed in Plan Book 3715, Page 537.

More commonly known as: 193 Randolph Street, Weymouth, Massachusetts 02190 Assessor's Parcel Number: 48-546-016

Subject to any Restrictions, Conditions, Covenants, Rights, Rights of Way, and Easements now of record.

For title see the deed dated July 10, 2017 recorded in the Norfolk County Registry of Deeds in Book 35266, Page 428."

Excepting and excluding from the Premises described in the Mortgage, those parcels located at 398 West Broadway, Boston, Massachusetts, 6 and 6 ½ D Street, Boston, Massachusetts, and 249 Dorchester Street, South Boston, Massachusetts, which were released from the lien of the Mortgage by partial releases filed Mortgage Release, Satisfaction and Discharge, recorded with the Suffolk County Registry of Deeds in Book 61474, Page 218, Book 60385, Page 204, and Book 60510, Page 311.

The Mortgage will be foreclosed only as to the parcels described in the Mortgage known as and numbered 47 Old Harbor Street, South Boston, Massachusetts, 283 West Fifth Street, South Boston, Massachusetts, 15 Simms Court, Newton, Massachusetts, and 193 Randolph Street, Weymouth, Massachusetts, to wit,

47 Old Harbor Street, South Boston, MA – Recorded Land (Suffolk County)

A certain parcel of land with all buildings and structures now or hereafter standing or placed thereon situated in that part of Boston, called South Boston in the County of Suffolk, in the Commonwealth of Massachusetts bounded and described as follows: Beginning at a point on the westerly side of Old Harbor Street, distant sixty-seven (67) feet northerly from Telegraph Street, and from said point running northerly on said Old Harbor Street twenty-three (23) feet; thence turning at right angles and running westerly fifty (50) feet; thence turning at right angles and running southerly, twenty-three (23) feet; and then turning and running easterly fifty (50) feet to the point of beginning.

For title see the deed dated July 10, 2017 and recorded in the Suffolk County Registry of Deeds in Book 58206, Page 295.

283 West Fifth Street, South Boston, MA – Recorded Land (Suffolk County)

The land in that part of Boston called South Boston and being shown as Lot 283 on a plan by Fuller and Whitney dated March 3, 1873 and recorded with Suffolk Deeds, Book 1148, Page 154, bounded:

| | |
|---|---|
| NORTHEASTERLY | on or by Fifth Street, there measuring fifteen and 58/100 (15.58) feet; |
| SOUTHEASTERLY | by land of unknown owners by a line running along the face of the brick wall and extended sixty-six and 72/100 (66.72) feet; |
| SOUTHWESTERLY | on land now or formerly of Robbins fifteen and 68/100 (15.68) feet; |
| NORTHWESTERLY | on Lot 281 on said plan by a line running through the center of the brick party wall and extended sixty-six and 68/100 (66.68) feet. |

Containing 1,043 square feet of land more or less.

For title see the deed dated July 10, 2017 and recorded in the Suffolk County Registry Deeds in Book 58206, Page 305.

15 Simms Court, Newton, MA – Recorded Land (Middlesex County)

A certain parcel of land with the buildings thereon situated in that part of Newton, Massachusetts called West Newton, being now numbered 15 Simms Court, bounded:

| | |
|---|---|
| WESTERLY: | by Simms Court fifty (50) feet; |
| NORTHERLY: | by land now or formerly of Haywood, eighty (80) feet; |
| EASTERLY: | by land now or formerly of Zeller, fifty (50) feet; |
| SOUTHERLY: | by land now or formerly of Healey, eighty (80) feet. |

Said land is subject to and with the benefit or rights of way of record.

For title see the deed dated July 10, 2017 recorded in the Middlesex (South) County Registry of Deeds in Book 69580, Page 417.

193 Randolph Street, Weymouth, MA – Recorded Land (Norfolk County)

All that certain parcel of land situated in the Township of Weymouth, Norfolk County, Commonwealth of Massachusetts, being known and designated as Lot 4, compiled plan of land on Randolph Street, Weymouth, March 11, 1959, Plan No. 376 of 1959, filed in Plan Book 3715, Page 537.

More commonly known as: 193 Randolph Street, Weymouth, Massachusetts 02190 Assessor's Parcel Number: 48-546-016

Subject to any Restrictions, Conditions, Covenants, Rights, Rights of Way, and Easements now of record.

For title see the deed dated July 10, 2017 recorded in the Norfolk County Registry of Deeds in Book 35266, Page 428.

All of the above (being herein referred to as the "Sale Premises").

The Sale Premises will be sold together and not separately.

The Sale Premises will be sold subject to and with the benefit of all restrictions, easements, improvements, outstanding tax titles, municipal or other public taxes, assessments, liens or claims in the nature of liens, and existing encumbrances of record, created prior to the Mortgage or to which the Mortgage has or shall have been subordinated of record. Not in limitation of the above, the Sale Premises will be sold subject to the mortgages granted by Gabhaltais Teaghlaigh LLC in favor of East Boston Savings Bank (on information and belief now held by Rockland Trust) each dated July 10, 2017 and recorded with the Suffolk County Registry of Deeds in Book 58206, Page 311, the Middlesex (South) County Registry of Deeds in Book 69580, Page 419, and the Norfolk County Registry of Deeds in Book 35266, Page 430.

Terms of Sale:

A deposit of $50,000.00 will be required to be paid in cash or by certified or bank check by the purchaser at the time and place of sale. The balance of the purchase price shall be required to be paid in cash or by certified or bank check within forty-five (45) days at the offices of Pierce Atwood LLP, 100 Summer Street, Boston, Massachusetts 02110.

Other terms to be announced at the sale.

The undersigned holder of the Mortgage reserves the right to reject any and all bids for the Sale Premises and to continue the foreclosure sale from time to time to such subsequent date or dates as such holder may deem necessary or appropriate. The description of the Sale Premises contained in said Mortgage shall control in the event of an error in this publication.

SYNERGY FUNDING LLC

Present holder of said Mortgage

By its Attorneys
Bruce Miller
Christopher Cantler
Pierce Atwood LLP
100 Summer Street
Boston, MA 02110
617-488-8138

Dated: May 16, 2022

THE BEST SPORTS COVERAGE IN BOSTON
BOSTON Herald
www.bostonherald.com

## NOTICE OF MORTGAGEE'S SALE OF REAL ESTATE

By virtue and in execution of the Power of Sale contained in a certain mortgage given by Erich Bouthillette, Joanne W. Fortier to Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Bank, FSB, dated April 25, 2008 and recorded in the Middlesex County (Southern District) Registry of Deeds in Book 51111, Page 208, as modified by a certain modification agreement dated June 19, 2019, and recorded with said Middlesex County (Southern District) Registry of Deeds in Book 72893, Page 1 of which mortgage the undersigned is the present holder, by assignment from:

Mortgage Electronic Registration Systems, Inc. to BAC Home Loans Servicing, LP, recorded on June 30, 2010, in Book No. 54926, at Page 547

Bank of America, N.A. to EverBank, recorded on September 6, 2013, in Book No. 62591, at Page 102

EverBank to Green Tree Servicing LLC, recorded on June 3, 2014, in Book No. 63700, at Page 79

Mortgage Electronic Registration Systems, Inc. to Bank of America, N.A., successor by merger to BAC Home Loans Servicing L.P., recorded on October 25, 2018, in Book No. 71790, at Page 318

Ditech Financial LLC FKA Green Tree Servicing LLC sometimes known as Green Tree Services LLC to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust, recorded on October 25, 2018, in Book No. 71790, at Page 321

for breach of the conditions of said mortgage and for the purpose of foreclosing, the same will be sold at Public Auction at 12:00 PM on June 20, 2022, on the mortgaged premises located at 120 Conant Road, Melrose, Middlesex County, Massachusetts, all and singular the premises described in said mortgage,

TO WIT:
The land with the buildings thereon situated on Conant Road in Melrose, Middlesex County, Massachusetts, and being shown as Lot A on a plan of land in Melrose, Massachusetts, belonging to Carl O. Olson dated October 9, 1939, John F. Rand, Civil Engineer, duly recorded with Middlesex South District Deeds, Book 6337, Page End. Said premises are further bounded and described as follows:
Easterly by said Conant Road, fifty-three and 33/100 (53.33) feet;
Northerly by Lot B, on said plan, one hundred forty-eight and 85/100 (148.85) feet;
Northwesterly by land now or formerly of Wetterer on said Plan, seven and 70/100 (7.70) feet;
Northwesterly by other land now or formerly of Wetterer, On said plan, by two lines measuring respectively nine (9) feet, and forty-seven and 60/100 (47.60) feet; and
Southerly by land now or formerly of Calpin, on said Plan, one hundred twenty-four and 01/100 (124.01) feet.
Said premises contain 7,555 square feet of land according to said plan; and are a part of the same premises described in deed from C. Harry Olson and Jennie Olson, husband and wife as tenants by the entirety to Leslie B. Vaughan, dated October 28, 1940, and recorded with Middlesex South District Deeds, Book 6445, Page 161.
The land in said Melrose, Middlesex County, Massachusetts, being part of the land shown as Lot C and D on a plan entitled "Plan of land in Melrose, Massachusetts, scale 1" equals 60', dated March 31, 1932, John F. Rand, Civil Engineer, Melrose" filed with Middlesex South District Deeds Book 5703, Page 525.
The land conveyed is bounded and described as follows:
Beginning at a drill hole on the westerly end of the dividing line between land formerly of Calpin, and now of Little, and land of Vaughan, and also at the northeasterly end of the dividing line between Lot C and D and Lot E of Wetterer, thence running North 40 degrees, 2' 0" West forty-seven and 60/100 (47.60) feet to a drill hole on the dividing line between Lot C and D and other land of Vaughan; thence running northerly 37 degrees 37' 0" West nine (9) feet to a drill hole on the westerly end of the dividing line between land of Vaughan and land formerly of Henke; thence running South 38 degrees 30' 0" West eighteen and 26/100 (18.26) feet to a drill hole at the southerly end of the line dividing Lot C and D and land of Henke; thence running South 39 degrees 19' 30" East fifty-six and 36/100 (56.36) feet to a line dividing Lot C and D from Lot E of said Wetterer; thence running North 39 degrees 39' 20" East eighteen and 88/100 (18.88) feet to a drill hole at the point of beginning, containing 1,029 square feet more or less, being premises conveyed to Leslie B. Vaughan by deed of Elizabeth P. Wetterer, dated May 25, 1944, and recorded with Middlesex South District Deeds Book 6769, Page 122, and being the premises shown in the "Plan of Land in Melrose, Massachusetts, scale 1"=30', dated July 22, 1941, John F. Rand, Civil Engineer, Melrose, Massachusetts" recorded with Middlesex South District Deeds Book 6769, Page 123.
For title reference see Deed dated 10/2/07 and recorded at the Middlesex County (Southern District) Registry of Deeds in Book 50208, Page 124.

For mortgagor's(s') title see deed recorded with Middlesex County (Southern District) Registry of Deeds in Book 51111, Page 206.

These premises will be sold and conveyed subject to and with the benefit of all rights, rights of way, restrictions, easements, covenants, liens or claims in the nature of liens, improvements, public assessments, any and all unpaid taxes, tax titles, tax liens, water and sewer liens and any other municipal assessments or liens or existing encumbrances of record which are in force and are applicable, having priority over said mortgage, whether or not reference to such restrictions, easements, improvements, liens or encumbrances is made in the deed.

TERMS OF SALE:

A deposit of Ten Thousand ($10,000.00) Dollars by certified or bank check will be required to be paid by the purchaser at the time and place of sale. The balance is to be paid by certified or bank check at Harmon Law Offices, P.C., 150 California St., Newton, Massachusetts 02458, or by mail to P.O. Box 610389, Newton Highlands, Massachusetts 02461-0389, within thirty (30) days from the date of sale. Deed will be provided to purchaser for recording upon receipt in full of the purchase price. The description of the premises contained in said mortgage shall control in the event of an error in this publication.

Other terms, if any, to be announced at the sale.

WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST
Present holder of said mortgage

By its Attorneys,
HARMON LAW OFFICES, P.C.
150 California St.
Newton, MA 02458
(617)558-0500
20561

#NY0049056 May 20 27 June 2



A true copy from Lib 40607 Fol 383
in Norfolk County Registry of Deeds
Dedham, MA
Certify: [signature]
Register