# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>GABHALTAIS TEAGHLAIGH LLC,<br><br>Debtor | Chapter 11<br>Case No. 22-10839-EDK |
| GABHALTAIS TEAGHLAIGH LLC,<br><br>Plaintiff<br><br>v.<br><br>SYNERGY FUNDING, LLC, and<br>OHP, LLC,<br><br>Defendants | Adversary Proceeding<br>No. 22-1040 |

**PARTIAL JUDGMENT**

For the reasons set forth in the Court's Order of March 28, 2024 [Docket #130], judgment is hereby entered in favor of the plaintiff, Gabhaltais Teaghlaigh LLC, and against the defendants, Synergy Funding, LLC and OHP LLC, on Count I of the amended complaint.

The transfer of the equity of redemption held by Gabhaltais Teaghlaigh LLC in real properties located at (a) 47 Old Harbor Street, South Boston, Massachusetts; (b) 193 Randolph Street, Weymouth, Massachusetts; (c) 283 West Fifth Street, South Boston, Massachusetts; and (d) 15 Simms Court, Newton, Massachusetts through the foreclosure sale of those properties that was conducted on June 15, 2022 is hereby AVOIDED pursuant to 11 U.S.C. § 544(a)(3).

As each of the other counts of the amended complaint have been disposed of, this Judgment and the related Order of March 28, 2024 [Docket #130], as well as the Court's previous Orders

and Judgments disposing of Counts II-V of the amended complaint, are now final pursuant to Federal Rule of Civil Procedure 54(b), made applicable by Federal Rule of Bankruptcy Procedure 7054.

DATED: March 29, 2024

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge