UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>Gabhaltais Teaghlaigh LLC<br><br>Debtor(s). | Chapter11<br>Case No. 22-10839-EDK |
| Gabhaltais Teaghlaigh LLC<br>Plaintiff(s),<br>v.<br><br>Jaspal Gill<br>Defendant(s). | Adversary Proceeding<br>No. 26-01008-EDK |

**Proceeding Memorandum and Order**

**MATTER:**

#13 Order to Show Cause Regarding Order Dated 6/4/2026

**Decision set forth more fully as follows:**

Count I is hereby DISMISSED as time-barred by operation of 11 U.S.C. 546(a)(1)(A). *SeeRicci v. Delta Air Lines, Inc.*, 769 F. Supp. 3d 57, 71?72 (D. Mass. 2025) ("'[s]ua sponte dismissal can be appropriate where the complaint "contain[s] incurable defects that are evident from the face of the complaint."'*González-Ortíz v. P.R. Aqueduct & Sewer Auth. (PRASA)*, No. 23-1509 (RAM), 2024 WL 4601460, at *3, 2024 U.S. Dist. LEXIS 197256, at *7 (D.P.R. Oct. 28, 2024) (quoting *Martinez-Rivera v. Sanchez Ramos*, 498 F.3d 3, 7 (1st Cir. 2007)). The First Circuit has held that a district court acts 'within its authority to dismiss *sua sponte* Plaintiff's [ ] claims as time-barred' when 'the statute of limitations defects were evident on the face of the Complaint, and any amendment to the factual basis would not alter that determination.'*González-Ortíz*, No. 23-1509 (RAM), 2024 WL 4601460, at *3, 2024 U.S. Dist. LEXIS 197256, at *7-8").

Dated: 07/09/2026

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge